1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jim L. Meadors

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| JIM L. MEADORS, | ) Case No.: 1: 12 CV 00123 DLB |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED<br>) ORDER FOR DISMISSAL |
| vs. | ) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jim L. Meadors ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and

///

-1-

1  expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2  Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

3  DATE: June 11, 2012             Respectfully submitted,

4                                  LAW OFFICES OF LAWRENCE D. ROHLFING

5                                          /s/ *Young Cho*
6                              BY:_____
                                    Young Cho
7                                   Attorney for plaintiff Jim L. Meadors

8  DATE: June 11, 2012             BENJAMIN B. WAGNER
                                    United States Attorney
9

10                                         /s/ *Brenda M. Pullin*

11                                  _____
                                    Brenda M. Pullin
                                    Special Assistant United States Attorney
12                                  Attorneys for Defendant Michael J. Astrue,
                                    Commissioner of Social Security
13                                  (Per e-mail authorization)

14

15                                  **ORDER**

16
    IT IS SO ORDERED.
17
        Dated:  **June 11, 2012**                  /s/ *Dennis L. Beck*
18                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

-2-