Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jim L. Meadors

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| JIM L. MEADORS, | Case No.: 1: 12 CV 00123 DLB |
| Plaintiff, | STIPULATION AND PROPOSED ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jim L. Meadors ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and

///

1  expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P.
2  Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

3  DATE: June 11, 2012			Respectfully submitted,

4					LAW OFFICES OF LAWRENCE D. ROHLFING

5						/s/ *Young Cho*
				BY:_____
6					Young Cho
					Attorney for plaintiff Jim L. Meadors
7

8  DATE: June 11, 2012			BENJAMIN B. WAGNER
					United States Attorney
9

					/s/ *Brenda M. Pullin*
10					_____

11					Brenda M. Pullin
					Special Assistant United States Attorney
12					Attorneys for Defendant Michael J. Astrue,
					Commissioner of Social Security
13					(Per e-mail authorization)

14

15				**ORDER**

16
IT IS SO ORDERED.
17
   Dated:   **June 11, 2012**			        /s/ *Dennis L. Beck*
18						UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26